Eric G. Calhoun SBN 300280
Email: eric@calhounmorganlaw.com
Rhonda L. Morgan  SBN 288920
Email: rhonda@calhounmorganlaw.com
Calhoun & Associates
31630 Railroad Canyon Rd., Ste. 10
Canyon Lake, CA 92587
Telephone: (951) 434-7784
Facsimile: (844) 434-7774

*Attorney for Plaintiffs Kim Pamatto,
Luis Calderon and Tiffany Thomas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM PAMATTO, LUIS CALDERON and TIFFANY THOMAS,<br><br>    Plaintiffs,<br><br>        vs.<br><br>LIBERTY BANK, DOES ONE through TEN, inclusive,<br><br>    Defendants. | Civil Action No.  16-cv-00540-SK<br><br>[PROPOSED] ORDER ON STIPULATION EXTENDING TIME TO FILE A NOTICE OF NEED FOR MEDIATION |

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the Plaintiffs' deadline to file a Notice of Need for Mediation pursuant to the Scheduling Order entered in this matter on February 1, 2016, and General Order 56, paragraph 7, shall be extended for a period of fourteen (14) days. The deadline for Plaintiffs to file a Notice of Need for Mediation shall now be June 30, 2016.

**IT IS SO ORDERED**

Dated: June 14, 2016                                          _____
                                                                              Honorable Sallie Kim

ORDER